IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL K. GROSS,

    Petitioner,

v.                                                                           CASE NO. 5:07-cv-121-RS-AK

FLORIDA PAROLE COMMISSION,

    Respondent.

_____/

**O R D E R**

This cause is before the Court on Petitioner's motion for extension of time.  Doc. 17.

Having carefully considered the matter, the Court finds the motion is well taken, and it is

**GRANTED**.  Petitioner shall file his reply no later than **February 22, 2008**.

    **DONE AND ORDERED** this  *11th*  day of January, 2008.

                                        *s/ A. KORNBLUM*
                                        **ALLAN KORNBLUM**
                                        **UNITED STATES MAGISTRATE JUDGE**