IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL K. GROSS,

    Petitioner,

v.                                                    CASE NO. 5:07-cv-121-RS-AK

FLORIDA PAROLE COMMISSION,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 20, Second Motion for Extension of Time, by Michael Gross. For good cause shown, the Court finds the motion is well taken and is **GRANTED**. Petitioner shall file his reply no later than **March 24, 2008.**

**DONE AND ORDERED** this  **26th**  day of February, 2008.

                                        *s/ A. KORNBLUM*
                                        **ALLAN KORNBLUM**
                                        **UNITED STATES MAGISTRATE JUDGE**