# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

MICHAEL K. GROSS,

    Petitioner,

vs.                                            CASE NO. 5:07cv121/RS/AK

FLORIDA PAROLE COMMISSION,

    Respondent.

_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Doc. 27). Petitioner has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Petition for Writ of Habeas Corpus (Doc. 1) is DENIED AS UNTIMELY.

3. This case is dismissed with prejudice.

4. The clerk is directed to close the file.

**ORDERED** on July 9, 2009.

                                              /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**